**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **LEVI WOODERTS, JR.** | ) |
| | ) |
| v. | )   Civil Action No. 3:05-CV-0188-D |
| | ) |
| **WARDEN OF FCI SEAGOVILLE** | ) |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Signed June 22, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE